FILE COPY



## COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, July 29, 2015

District Attorney Harris County
Devon Anderson
Appellate Section
1201 Franklin St. Ste. 600
Houston, TX 77002-1901
* DELIVERED VIA E-MAIL *

JAVIER NOEL CAMPOS
TDC# 436748
STILES UNIT
3060 FM 3514
BEAUMONT, TX 77705

**Re:** CAMPOS, JAVIER NOEL
**CCA No.** PD-0054-15
**Trial Court Case No.** 1328806

**COA No.** 01-13-00415-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk

cc: District Clerk Harris County (DELIVERED VIA E-MAIL)
Presiding Judge 184th District Court (DELIVERED VIA E-MAIL)
1st Court Of Appeals Clerk (DELIVERED VIA E-MAIL)
Lisa McMinn (DELIVERED VIA E-MAIL)